| | | |
|---|---|---|
| DANIEL JARRELLS | * | IN THE |
| PLAINTIFF | * | CIRCUIT COURT |
| v. | * | FOR |
| ANNE ARUNDEL COUNTY, MD., et al. | * | ANNE ARUNDEL COUNTY |
| DEFENDANTS | * | CASE NO.: C-02-cv-20-001468 |

*     *     *     *     *     *     *     *     *     *     *     *     *
                                                                      *

## ENTRY OF APPEARANCE

Dear Mr./Ms. Clerk:

Kindly enter the appearance of DANIEL SCAPARDINE as additional counsel for DANIEL REYNOLDS, one of the Defendants, keeping the appearance of KEVIN KARPINSKI and KARPINSKI, CORNBROOKS & KARP, P.A.

KARPINSKI, CORNBROOKS & KARP, P.A.

BY: _Daniel Scapardine_
DANIEL SCAPARDINE
CPF #1812120098
120 East Baltimore Street
Suite 1850
Baltimore, Maryland 21202-1617
410-727-5000
Dscapardine@bkcklaw.com
*Attorneys for Defendant Reynolds*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of December 2020, a copy of the foregoing was electronically filed with notice to:

Timothy F. Maloney, Esquire
Nicholas N. Bernard, Esquire
Joseph Greenwald & Laake, P.A
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
*Counsel for Plaintiff*

Philip E. Culpepper, Esquire
Senior Assistant County Attorney
Anne Arundel County Office of Law
2660 Riva Road
4th Floor
Annapolis, Maryland 21401
*Counsel for Co-Defendants Ranck and Shapiro*

*Daniel Scopardio*
Counsel for Defendant Reynolds