| | | |
|---|---|---|
| DANIEL JARRELLS | * | IN THE |
| PLAINTIFF | * | CIRCUIT COURT |
| v. | * | FOR |
| ANNE ARUNDEL COUNTY, MD., et al. | * | ANNE ARUNDEL COUNTY |
| DEFENDANTS | * | CASE #: C-02-cv-20-001468 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER PRESENTING DEFENSES

DANIEL REYNOLDS, one of the Defendants, by KARPINSKI, CORNBROOKS & KARP, P.A., KEVIN KARPINSKI and DANIEL SCAPARDINE, his attorneys, answering Plaintiff's Complaint says:

1. The Complaint fails to state a claim upon which relief may be granted.

2. This Defendant denies the allegations of fact and liability asserted.

## AFFIRMATIVE DEFENSES

3. Plaintiff assumed the risk.

4. Plaintiff was contributorily negligent.

5. Plaintiff consented.

6. This Defendant's alleged acts or omissions were justified and privileged.

7. This Defendant is immune from liability and damages.

8. The damages which can be awarded are limited by law.

                          KARPINSKI, CORNBROOKS & KARP, P.A.

BY:      /s/ Kevin Karpinski
           KEVIN KARPINSKI
           CPF #9312150114

           /s/ Daniel Scapardine
           DANIEL SCAPARDINE
           CPF #1812120098
           120 East Baltimore Street
           Suite 1850
           Baltimore, Maryland 21202-1617
           410-727-5000
           Kevin@bkcklaw.com
           dscapardine@bkcklaw.com
           *Attorneys for Defendant Reynolds*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22d day of January 2021, a copy of the foregoing was electronically filed with notice to:

Timothy F. Maloney, Esquire
Nicholas N. Bernard, Esquire
Joseph Greenwald & Laake, P.A
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
***Counsel for Plaintiff***

Philip E. Culpepper, Esquire
Senior Assistant County Attorney
Anne Arundel County Office of Law
2660 Riva Road
4th Floor
Annapolis, Maryland 21401
***Counsel for Co-Defendants Ranck and Shapiro***

           /s/ Daniel Scapardine
           Counsel for Defendant Reynolds