IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DANIEL JARRELLS,** | : | |
| Plaintiff | : | |
| v. | : | **CASE NO.:  1:21-cv-02902-GLR** |
| **ANNE ARUNDEL COUNTY, MARYLAND, et al.,** | : | |
| Defendants | : | |

## STIPULATION OF VOLUNTARY DISMISSAL OF BRIAN RANCK

Plaintiff Daniel Jarrells and Defendants Anne Arundel County, Maryland, Brian Ranck, Joshua Shapiro, Joshua Stinchcomb, and Daniel Reynolds, by and through undersigned counsel, herby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the claims filed by Mr. Jarrells against Defendant Ranck are hereby dismissed with prejudice. With respect to Defendant Ranck, each of the parties shall bear their own attorneys' fees and costs.

Plaintiffs' claims against Defendants Anne Arundel County, Maryland, Joshua Shapiro, Joshua Stinchcomb, and Daniel Reynolds are unaffected by this Stipulation and remain pending.

Respectfully submitted,

By:     /s/
Timothy F. Maloney (Bar No. 03381)
Alyse L. Prawde (Bar No. 14676)
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
301/220-2200 (tel.)
tmaloney@jgllaw.com
aprawde@jgllaw.com
*Counsel for Plaintiff*

By:     /s/
Philip E. Culpepper (Bar No. 28519)
Thomas J. Mitchell (Bar No. 21773)
Anne Arundel County Office of Law
2660 Riva Road, 4th Floor
Annapolis, Maryland 21401
410/222-7888 (tel.)
pculpepper@aacounty.org
lwmitt00@aacounty.org
*Counsel for Defendants Anne Arundel County, MD, Joshua Shapiro, Joshua Stinchcomb, and Brian Ranck*

By:     /s/
Kevin Karpinski
Daniel Scapardine
Karpinski, Cornbrooks & Karp, P.A.
120 East Baltimore Street, Suite 1850
Baltimore, Maryland 21202
410/727-5000 (tel.)
kevin@bkcklaw.com
dscapardine@bkcklaw.com
*Counsel for Defendant Daniel Reynolds*

### **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of January, 2022, a true and correct copy of the foregoing document was served on all counsel of record via the Court's e-filing system.

/s/
Alyse L. Prawde