IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DANIEL JARRELLS,** | : |
| Plaintiff | : |
| v. | : CASE NO.: 1:21-cv-02902-GLR |
| **ANNE ARUNDEL COUNTY, MARYLAND, et al.,** | : |
| Defendants | : |

**STIPULATION OF VOLUNTARY DISMISSAL OF BRIAN RANCK**

Plaintiff Daniel Jarrells and Defendants Anne Arundel County, Maryland, Brian Ranck, Joshua Shapiro, Joshua Stinchcomb, and Daniel Reynolds, by and through undersigned counsel, herby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the claims filed by Mr. Jarrells against Defendant Ranck are hereby dismissed with prejudice. With respect to Defendant Ranck, each of the parties shall bear their own attorneys' fees and costs.

Plaintiffs' claims against Defendants Anne Arundel County, Maryland, Joshua Shapiro, Joshua Stinchcomb, and Daniel Reynolds are unaffected by this Stipulation and remain pending.

Respectfully submitted,

By: _____/s/_____
Timothy F. Maloney (Bar No. 03381)
Alyse L. Prawde (Bar No. 14676)
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
301/220-2200 (tel.)
tmaloney@jgllaw.com
aprawde@jgllaw.com
*Counsel for Plaintiff*

---

The Stipulation of Dismissal of Defendant Brian Ranck is hereby APPROVED. The Clerk is directed to TERMINATE Brian Ranck as a Defendant in this action. So ordered this 10th day of January, 2022.

_____/s/_____
George L. Russell, III
United States District Judge