## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DANIEL JARRELLS          *

        PLAINTIFF        *

    v.             *      Case No.:  1:21-cv-02902-GLR

ANNE ARUNDEL COUNTY, MD., et al.    *

       DEFENDANTS      *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### LINE STRIKING APPEARANCE

Dear Mr./Ms. Clerk:

Kindly strike the appearance of DANIEL SCAPARDINE, keeping the appearance of KARPINSKI, CORNBROOKS & KARP, P.A. and KEVIN KARPINSKI as counsel for DANIEL REYNOLDS, one of the Defendants.

          KARPINSKI, CORNBROOKS & KARP, P.A.

       BY:       /s/ Kevin Karpinski
               KEVIN KARPINSKI, #11849
               AIS #9312150114

**GRANTED this 7th day of July, 2023.**
               120 East Baltimore Street
               Suite 1850
               Baltimore, Maryland 21202-1617

_____/s/_____
               410-727-5000

**George L. Russell, III**
               Kevin@bkcklaw.com

**United State District Judge**
               *Attorneys for Defendant Reynolds*